UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------------
ETTA CALHOUN, ON BEHALF OF HERSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,   Civil Action No: 18-cv-01022 RCM

                        Plaintiff,
    v.

INVENTION SUBMISSION CORPORATION D/B/A
INVENTHELP, TECHNOSYSTEMS CONSOLIDATED
CORP., TECHNOSYSTEMS SERVICE CORP.,
WESTERN INVENTION SUBMISSION CORP.,
UNIVERSAL PAYMENT CORPORATION,
INTROMARK INCORPORATED, INNOVATION
CREDIT CORP., ROBERT J. SUSA, THOMAS FROST,
P.A., ABOVE BOARD DRAFTING, INC., JOHN DOE
COMPANIES 1-10; JOE DOE INDIVIDUALS 1-10,

                        Defendants.
-----------------------------------------------------------------

## MOTION FOR ADMISSION PRO HAC VICE

    Now comes Plaintiff Etta Calhoun, on behalf of herself and all other persons similarly situated, by and through counsel, and moves this Honorable Court for the Admission Pro Hac Vice of Julie Pechersky Plitt.

Dated: September 12, 2018

*[signature]*

Julie Pechersky Plitt, Esq.*
Oxman Law Group, PLLC
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 422-3900 (914) 422-3636 (Fax)
jplitt@oxmanlaw.com

Respectfully submitted,

By: /s/ Stanley W. Greenfield
Stanley W. Greenfield Bar ID
Greenfield and Kraut
1040 Fifth Avenue
Pittsburgh, PA 15219
(412) 261-4466
greenfieldandkraut@verizon.net

Attorneys for Plaintiff

*Admission pro hac vice pending

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------------------

ETTA CALHOUN, ON BEHALF OF HERSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

Civil Action No: 18-0122

Plaintiff,

v.

INVENTION SUBMISSION CORPORATION D/B/A
INVENTHELP, TECHNOSYSTEMS CONSOLIDATED
CORP., TECHNOSYSTEMS SERVICE CORP.,
WESTERN INVENTION SUBMISSION CORP.,
UNIVERSAL PAYMENT CORPORATION,
INTROMARK INCORPORATED, INNOVATION
CREDIT CORP., ROBERT J. SUSA, THOMAS FROST,
P.A., ABOVE BOARD DRAFTING, INC., JOHN DOE
COMPANIES 1-10; JOE DOE INDIVIDUALS 1-10,

Defendants.
-----------------------------------------------------------------------

## DECLARATION OF JULIE PECHERSKY PLITT, ESQ.

I, Julie Pechersky Plitt, am competent to state and declare the following based upon my personal knowledge.

1. I earned my Juris Doctor degree from New York University School of Law in 1998. I earned my Bachelor of Arts degree from the University of Pittsburgh in 1994. I am an active member in good standing of the New York bar (Bar # JP8607). I am admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York. Attached hereto is a Certificate of Good Standing dated September 5, 2018.

2. Upon graduation from law school, I was awarded a federal clerkship with the Honorable Sylvia H. Rambo, United States District Court, Middle District of Pennsylvania. I clerked for Judge Rambo for one year. Prior to that, while still in law school, I served as a law

clerk / legal intern for The Honorable Timothy K. Lewis, former Judge for the United States Court of Appeals for the Third Circuit, in Pittsburgh Pennsylvania, during the summer of 1996.

3. In 2000, immediately following my clerkship with Judge Rambo, I worked at the New York, New York offices of the national law firm, Katten Muchin Rosenman LLP. In 2007, Katten elected me to Partner in the Litigation Department. In 2016, I joined Oxman Law Group PLLC, as counsel, located at 120 Bloomingdale Road, Suite 100, White Plains, New York 10605. My practice has always focused in large part on class action litigation.

4. Plaintiff Etta Calhoun would like me to represent her in this case and I believe that I am qualified to do so.

5. I am a registered user of the Western District of Pennsylvania ECF system.

6. I have read, know and understand the Local Rules of Court for the Western District of Pennsylvania.

7. I have never been disciplined by any bar or court.

8. I pledge to act in accordance with the law.

I declare under penalty of perjury that the foregoing is true and correct.

This the 12th day of September, 2018.

_____
JULIE PECHERSKY PLITT, ESQ.

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

_____ Julie Pechersky _____ , Bar # _____ JP8607 _____

was duly admitted to practice in this Court on

_____ 02/08/2000 _____ , and is in good standing as a member of the Bar of this Court.

Dated at  300 Quarropas Street
White Plains, New York        on      September 5, 2018

_____
Ruby J. Krajick
Clerk

by _____
Deputy Clerk