UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
------------------------------------------------------------------------
ETTA CALHOUN, ON BEHALF OF HERSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,     Civil Action No: 18-cv-01022 RCM

                            Plaintiff,
    v.

INVENTION SUBMISSION CORPORATION D/B/A
INVENTHELP, TECHNOSYSTEMS CONSOLIDATED
CORP., TECHNOSYSTEMS SERVICE CORP.,
WESTERN INVENTION SUBMISSION CORP.,
UNIVERSAL PAYMENT CORPORATION,
INTROMARK INCORPORATED, INNOVATION
CREDIT CORP., ROBERT J. SUSA, THOMAS FROST,
P.A., ABOVE BOARD DRAFTING, INC., JOHN DOE
COMPANIES 1-10; JOE DOE INDIVIDUALS 1-10,

                            Defendants.
------------------------------------------------------------------------

## **MOTION FOR ADMISSION PRO HAC VICE**

    Now comes Plaintiff Etta Calhoun, on behalf of herself and all other persons similarly situated, by and through counsel, and moves this Honorable Court for the Admission Pro Hac Vice of Marc S. Oxman, Esq.

Dated: September 12, 2018

Marc S. Oxman, Esq.*
Oxman Law Group, PLLC
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 422-3900 (914) 422-3636 (Fax)
moxman@oxmanlaw.com

Respectfully submitted,

By: /s/ Stanley W. Greenfield
Stanley W. Greenfield Bar ID
Greenfield and Kraut
1040 Fifth Avenue
Pittsburgh, PA 15219
(412) 261-4466
greenfieldandkraut@verizon.net

Attorneys for Plaintiff

*Admission pro hac vice pending

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
-------------------------------------------------------------------

| | |
|---|---|
| ETTA CALHOUN, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED, | Civil Action No: 18-01022 |

Plaintiff,

v.

INVENTION SUBMISSION CORPORATION D/B/A
INVENTHELP, TECHNOSYSTEMS CONSOLIDATED
CORP., TECHNOSYSTEMS SERVICE CORP.,
WESTERN INVENTION SUBMISSION CORP.,
UNIVERSAL PAYMENT CORPORATION,
INTROMARK INCORPORATED, INNOVATION
CREDIT CORP., ROBERT J. SUSA, THOMAS FROST,
P.A., ABOVE BOARD DRAFTING, INC., JOHN DOE
COMPANIES 1-10; JOE DOE INDIVIDUALS 1-10,

Defendants.
-------------------------------------------------------------------

## DECLARATION OF MARC S. OXMAN, ESQ.

I, Marc S. Oxman, am competent to state and declare the following based on my personal knowledge.

1. I earned my Juris Doctor degree from the University of Maryland School of Law in 1968. I earned my Bachelor of Arts degree from Fairleigh Dickinson University in 1965. I am an active member in good standing of the New York bar (Bar # MO5807). I am admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York. Attached hereto is a Certificate of Good Standing for the State of New York dated September 4, 2018.

2. I have been in private practice for 49 years, with a primary focus in litigation and trial advocacy. I served as Town Justice, Town of Yorktown, New York, from 1976 through

1984. I am the principal of Oxman Law Group PLLC, located at 120 Bloomingdale Road, Suite 100, White Plains, New York 10605.

3. Plaintiff Etta Calhoun would like my firm to represent her in this case, and I believe that we are qualified to do so.

4. I am a registered user of the Western District of Pennsylvania ECF system.

5. I have read, know and understand the Local Rules of Court for the Western District of Pennsylvania.

6. I have never been disciplined by any bar or court.

7. I pledge to act in accordance with the law.

I declare under penalty of perjury that the foregoing is true and correct.

This the 12th day of September, 2018.

_____
MARC S. OXMAN, ESQ.

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>    Marc S. Oxman    </u>, Bar # <u>  MO5807  </u>

was duly admitted to practice in this Court on

<u>  08/03/1976  </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>300 Quarropas Street<br>White Plains, New York</u>  on  <u>September 4, 2018</u>

<u>Ruby J. Krajick</u>
Clerk

by <u>  Howu  </u>
Deputy Clerk