# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETTA CALHOUN, SHERRY PORTER and CYNTHIA GRAY, on behalf of themselves and all other persons similarly situated,<br><br>           Plaintiffs,<br><br>  v.<br><br>INVENTION SUBMISSION CORPORATION d/b/a INVENTHELP, et al.,<br><br>           Defendants. | Civil Action No. 18-1022<br>Judge Cathy Bissoon<br>Magistrate Judge Patricia L. Dodge |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiffs Etta Calhoun, Sherry Porter, and Cynthia Gray, on behalf of themselves and all others similarly situated, hereby move this Honorable Court for the Admission Pro Hac Vice of Ira M. Press of the law firm Kirby McInerney LLP.

In support of this motion, undersigned counsel attaches the Affidavit of Ira M. Press in Support of Motion to Appear Pro Hac Vice on behalf of plaintiffs in the above-captioned matter.

Dated: April 1, 2020                            Respectfully Submitted,

                                                                      */s/Ira M. Press*
                                                                      Ira M. Press (N.Y. Bar ID No. 2319481)
                                                                      KIRBY McINERNEY LLP
                                                                      250 Park Avenue Suite 820
                                                                      New York, NY 10177
                                                                      (212) 371-6600
                                                                      ipress@kmllp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETTA CALHOUN, SHERRY PORTER and CYNTHIA GRAY, on behalf of themselves and all other persons similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>INVENTION SUBMISSION CORPORATION d/b/a INVENTHELP, et al.,<br><br>                Defendants. | Civil Action No. 18-1022<br>Judge Cathy Bissoon<br>Magistrate Judge Patricia L. Dodge |

**AFFIDAVIT OF IRA M. PRESS IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Ira M. Press, make this affidavit in support of the motion for admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs. I, Ira M. Press, am competent to state and declare the following based on my personal knowledge.

      1.      I earned my Juris Doctor degree from New York University Law School in 1989. I earned my Bachelor of Arts degree from Yeshiva University in 1986. I am a member in good standing of the bar of the State of New York (Bar #2319481). I am admitted to practice before the United States District Courts for the Southern, Eastern, and Northern Districts of New York, as well as the United States Court of Appeals for the Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, and Tenth Circuits. A current certificate of good standing from the Southern District of New York is attached to this Affidavit as Exhibit A.

      2.      I am a Partner of the law firm Kirby McInerney LLP, where I have worked since 1993.

1

2

      3.    I have never been disciplined by any bar or court.

      4.    I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

      5.    I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

      6.    Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 1, 2020                                                          */s/ Ira M. Press*