# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ETTA CALHOUN, SHERRY PORTER and CYNTHIA GRAY, on behalf of themselves and all other persons similarly situated,

    Plaintiffs,

  v.

INVENTION SUBMISSION CORPORATION d/b/a INVENTHELP, et al.,

    Defendants.

Civil Action No. 18-1022
Judge Cathy Bissoon
Magistrate Judge Patricia L. Dodge

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiffs Etta Calhoun, Sherry Porter, and Cynthia Gray, on behalf of themselves and all others similarly situated, hereby move this Honorable Court for the Admission Pro Hac Vice of Andrew M. McNeela of the law firm Kirby McInerney LLP.

In support of this motion, undersigned counsel attaches the Affidavit of Andrew M. McNeela in Support of Motion to Appear Pro Hac Vice on behalf of plaintiffs in the above-captioned matter.

Dated: April 1, 2020

Respectfully Submitted,

*/s/Andrew M. McNeela*
Andrew M. McNeela (N.Y. Bar ID No. 2947380)
KIRBY McINERNEY LLP
250 Park Avenue Suite 820
New York, NY 10177
(212) 371-6600
amcneela@kmllp.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETTA CALHOUN, SHERRY PORTER and CYNTHIA GRAY, on behalf of themselves and all other persons similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>INVENTION SUBMISSION CORPORATION d/b/a INVENTHELP, et al.,<br><br>  Defendants. | Civil Action No. 18-1022<br>Judge Cathy Bissoon<br>Magistrate Judge Patricia L. Dodge |

## AFFIDAVIT OF ANDREW M. McNEELA IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

I, Andrew M. McNeela, make this affidavit in support of the motion for admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs. I, Andrew M. McNeela, am competent to state and declare the following based on my personal knowledge.

1. I earned my Juris Doctor degree from Hofstra University School of Law in 1998. I earned my Bachelor of Arts from Washington University in 1995. I am an active member in good standing of the New York Bar (Bar #2947380). I am admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, as well as the United States Courts of Appeals for the Second, Third, and Sixth Circuits. A current certificate of good standing from the Southern District of New York is attached to this Affidavit as Exhibit A.

2. I am a Partner of the law firm Kirby McInerney LLP, where I have worked since 2008.

1

2

      3.      I have never been disciplined by any bar or court.

      4.      I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

      5.      I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

      6.      Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 1, 2020                                                                     */s/ Andrew M. McNeela*