**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ETTA CALHOUN, SHERRY PORTER and
CYNTHIA GRAY, on behalf of themselves
and all other persons similarly situated,

               Plaintiffs,

    v.

INVENTION SUBMISSION
CORPORATION d/b/a INVENTHELP, et
al.,

               Defendants.

Civil Action No. 18-1022
Judge Cathy Bissoon
Magistrate Judge Patricia L. Dodge

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiffs Etta Calhoun, Sherry Porter, and Cynthia Gray, on behalf of themselves and all others similarly situated, hereby move this Honorable Court for the Admission Pro Hac Vice of Karina Kosharskyy of the law firm Kirby McInerney LLP.

In support of this motion, undersigned counsel attaches the Affidavit of Karina Kosharskyy in Support of Motion to Appear Pro Hac Vice on behalf of plaintiffs in the above-captioned matter.

Dated: April 1, 2020

                    Respectfully Submitted,

                    */s/Karina Kosharskyy*_____
                    Karina Kosharskyy (N.Y. Bar ID No.
                    4589966)
                    KIRBY McINERNEY LLP
                    250 Park Avenue Suite 820
                    New York, NY 10177
                    (212) 371-6600
                    kkosharskyy@kmllp.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ETTA CALHOUN, SHERRY PORTER and CYNTHIA GRAY, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INVENTION SUBMISSION CORPORATION d/b/a INVENTHELP, et al.,<br><br>Defendants. | Civil Action No. 18-1022<br>Judge Cathy Bissoon<br>Magistrate Judge Patricia L. Dodge |

**AFFIDAVIT OF KARINA KOSHARSKYY IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Karina Kosharskyy, make this affidavit in support of the motion for admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs. I, Karina Kosharskyy, am competent to state and declare the following based on my personal knowledge.

1.      I earned my Juris Doctor degree from New York Law School in 2007. I earned my Bachelor of Arts from Boston University in 2000. I am an active member in good standing of the bars of the State of New York (Bar #4589966) and the State of New Jersey (Bar # 029362007). I am admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York as well as the United States Court of Appeals for the Third Circuit and the United States District Court for the District of New Jersey. A current certificate of good standing from the Southern District of New York is attached to this Affidavit as Exhibit A.

1

2.      I am an Attorney of Counsel at the law firm Kirby McInerney LLP, where I have worked since 2005.

3.      I have never been disciplined by any bar or court.

4.      I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

5.      I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

6.      Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 1, 2020                                            */s/ Karina Kosharskyy*