IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETTA CALHOUN, SHERRY PORTER, and CYNTHIA GRAY, on behalf of themselves and all other persons similarly situated, | : <br> : <br> : <br> : No. 2:18-cv-01022-PJD |
| Plaintiffs, | : <br> : JUDGE CATHY BISSOON |
| v. | : <br> : MAGISTRATE JUDGE |
| INVENTION SUBMISSION CORPORATION d/b/a INVENTHELP, TECHNOSYSTEMS CONSOLIDATED CORP., TECHNOSYSTEMS SERVICE CORP., WESTERN INVENTION SUBMISSION CORP., UNIVERSAL PAYMENT CORPORATION, INTROMARK INCORPORATED, ROBERT J. SUSA, THOMAS FROST, P.A., THOMAS FROST, JOHN DOE COMPANIES 1-10, and JOHN DOE INDIVIDUALS 1-10, | : PATRICIA J. DODGE <br> : <br> : ELECTRONICALLY FILED <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JENNIFER JANEIRA NAGLE**

Pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151), Jennifer Janeira Nagle, Esq., undersigned counsel, hereby moves for admission to appear and practice in this Court as counsel *pro hac vice* in the above-captioned matter for Defendants Invention Submission Corporation d/b/a InventHelp, Technosystems Service Corporation, Technosystems Consolidated Corporation, Western Invention Submission Corporation d/b/a Western InventHelp, Universal Payment Corporation, Intromark Incorporated, and Robert J. Susa. In support of this motion, undersigned counsel submits herewith the **Affidavit for Admission Pro Hac Vice of Jennifer Janeira Nagle**, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

2

Dated: May 5, 2020 Respectfully submitted,

*/s/ Jennifer Janeira Nagle*
Jennifer Janeira Nagle
(Mass. Bar No. 669325)
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
T:  617.951.9197
F:  617.261.3175
jennifer.nagle@klgates.com

*Counsel for Defendants Invention Submission Corporation d/b/a InventHelp, Western Invention Submission Corporation d/b/a Western InventHelp, Technosystems Consolidated Corporation, Technosystems Service Corporation, Universal Payment Corporation, Intromark Incorporated, and Robert J. Susa*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2020, a true and correct copy of the foregoing was electronically filed with the Court and served on all counsel of record via the Court's electronic filing system.

*/s/ Jennifer Janeira Nagle*
Jennifer Janeira Nagle
