IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Etta Calhoun, Sherry Porter, and Cynthia Gray, on behalf of themselves and all other persons similarly situated, | No. 2:18-cv-01022 |
| Plaintiffs, | Magistrate Judge Patricia L. Dodge |
| v. | |
| Invention Submission Corporation d/b/a InventHelp, Technosystems Consolidated Corp., Technosystems Service Corp., Western Invention Submission Corp., Universal Payment Corporation, Intromark Incorporated, Robert J. Susa, Thomas Frost, P.A., Thomas Frost, John Doe Companies 1-10, John Doe Individuals 1-10, | |
| Defendants. | |
| This Document Also Relates To: | |
| *Carla Austin, et al. v. Invention Submission Corporation, et al.*, No. 2:19-cv-01396 | |
| *Geta Miclaus, et al. v. Invention Submission Corporation, et al.,* No. 2:20-cv-681 | |

**PLAINTIFFS' MOTION FOR
<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Plaintiffs in the above-captioned cases, individually and on behalf of the Settlement Class, respectfully file this Motion for Final Approval of Class Action Settlement, and set forth the support for this Motion in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement ("Memorandum of Law"), and the Declaration of Kevin Tran

1

on behalf of Angeion Group, LLC Regarding Implementation of the Notice Plan and Settlement Administration, attached as Exhibit 1 to the Memorandum of Law, with its attached Exhibit A (CAFA Notice); Exhibit B (Email Notice); Exhibit C (Notice and Claim Form); Exhibit D (Exclusion Requests); and Exhibit E (Objections).

The Motion is based on the accompanying Memorandum of Law, the Declaration submitted therewith, the Parties' Settlement Agreement and all attached Exhibits, and all other records, pleadings, and papers on file in this action. Defendants do not oppose this Motion. A proposed Order is submitted for the Court's consideration.

Dated: January 11, 2023                             Respectfully submitted,

/s/ Shanon J. Carson
Shanon J. Carson
Peter R. Kahana
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: scarson@bm.net
Email: pkahana@bm.net

*Lead Class Counsel on behalf of Plaintiffs and the Settlement Class*

Julie Pechersky Plitt *(by pro hac vice)*
Marc S. Oxman *(by pro hac vice)*
OXMAN LAW GROUP, PLLC
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
Telephone: (914) 422-3900
Email: jplitt@oxmanlaw.com
Email: moxman@oxmanlaw.com

*Class Counsel on behalf of Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing pleading was filed electronically with the Clerk of Court using the ECF system, which sent notifications of such filing to all attorneys of record on this the 11th day of January, 2023.

/s/ Shanon J. Carson
Shanon J. Carson
BERGER MONTAGUE, P.C.
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: scarson@bm.net